No. 819.   HEIKKINEN v. UNITED STATES.   C. A. 7th Cir.   Certiorari granted.   *David Rein* and *Joseph Forer* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 811.   SHERMAN v. UNITED STATES.   C. A. 2d Cir. Certiorari granted.   Petitioner *pro se*.   *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 744.   FRIENDLY SOCIETY OF ENGRAVERS & SKETCHMAKERS v. CALICO ENGRAVING Co.   C. A. 4th Cir.   Certiorari denied.   *Henry Hammer* for petitioner.   *Edward W. Mullins* for respondent.

No. 751.   MUTUAL SHOE Co. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 1st Cir.   Certiorari denied. *Carl J. Batter* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Harry Marselli* for respondent.

No. 754.   LIAS ET UX. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 4th Cir.   Certiorari denied.   *John E. Laughlin, Jr., Samuel Goldstein, Thurman Hill* and *James M. Barnes* for petitioners.   *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Meyer Rothwacks* for respondent.